# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

U.S.A. vs. Deborah Barton                                   **Date**: October 28, 2013

Case No. 3:13-CR-37                                         **At:** Knoxville

**PROCEEDINGS:  Sentencing Hearing –** Defendant sworn.  Defendant is sentenced to a term of one year of probation.

**Present:  HONORABLE C. CLIFFORD SHIRLEY, JR., U. S. MAGISTRATE JUDGE**

| Rachel Stone | Lynda Clark | F.M. Hamilton III |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| Paula Voss | | Joseph Cuccia |
|---|---|---|
| **Attorney(s) for Deft** | | **Probation Officer** |

**Others present:**  CSO, USM
**[X]** Defendant is sworn
**[X]** Defendant is given opportunity to speak and **[X]** speaks;  **[]**  declines to speak

**[X] COURT PRONOUNCES JUDGMENT:**
The defendant is sentenced to a total term of 1 year of probation.

**[] Restitution:**
**[X] Special Assessment:**  $25.00

**[ ] Defendant remanded to custody           [X]  Released on bond**
**[ ] Defendant to self-report as notified by the U.S. Marshal**

**Time   2:00    to    2:30**